```
                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA

                        CIVIL MINUTES-GENERAL
```

Case No.  **EDCV 08-173-VAP (OP)**              Date: **May 20, 2010**

Title:  **Zelos R. Fields v. J. L. Norwood, Warden**

===============================================================================

|  | ☐ U.S. DISTRICT JUDGE |
|---|---|
| **PRESENT:  THE HONORABLE    OSWALD PARADA** | |
|  | ☒ MAGISTRATE JUDGE |

| **Maynor Galvez** | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**         **ATTORNEYS PRESENT FOR DEFENDANTS:**
            NONE                                           NONE


**PROCEEDINGS:**    (IN CHAMBERS: ORDER TO SHOW CAUSE)

On February 7, 2008, Petitioner filed a Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2241.  On April 29, 2008, Respondent filed an Answer to the Petition, along with a Response filed on June 27, 2008, to the Petition.  On March 31, 2010, the Court issued its Report and Recommendation of United States Magistrate Judge ("R&R"), a copy of which was mailed to Petitioner at his last known address, i.e., United States Penitentiary Victorville, P.O. Box 5500, Adelanto, CA 92301.  On April 7, 2010, the R&R was returned to the Court with the notations "Box Closed-No Order."

Local Rule 41-6 of this Court provides as follows:
> "A party proceeding *pro se* shall keep the Court and opposing parties apprised of such party's current address and telephone number, if any.  If mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such petitioner fails to notify, in writing, the Court and opposing parities of his current address, the Court may dismiss the action with or without prejudice for want of prosecution."

Petitioner has failed to comply with Local Rule 41-6 by failing to notify the Court of his current address.  To date, the Court is unaware of Petitioner's current address.  Although the Court could forward the R&R

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES-GENERAL**

**Case No.**  EDCV 08-173-VAP (OP)          **Date:**  May 20, 2010

**Title:**   Zelos R. Fields v. J. L. Norwood, Warden

Page 2

to the District Judge for final decision on the merits, given Petitioner's failure to comply with Local Rule 41-6, the Court does not believe Petitioner's conduct evidences his intent to continue to prosecute this action. Thus, the Court is not inclined to expend additional resources by addressing the Petition on the merits.

Accordingly, Petitioner is ordered to show cause no later than June 20, 2010, why this case should not be dismissed for failure to prosecute. Filing of Petitioner's current contact information in compliance with Local Rule 41-6 on or before June 20, 2010, shall be deemed compliance with this Order to Show Cause. Petitioner's failure to do so by the date indicated shall result in the Court recommending that this action be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

cc:  All Parties of Record

Initials of Deputy Clerk___mg___

CV-90 (10/98)
CIVIL   MINUTES   -   GENERAL