JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZELOS FIELDS,<br><br>           Petitioner,<br><br>    v.<br><br>J. L. NORWOOD, Warden,<br><br>           Respondent. | Case No. EDCV 08-173-VAP (OP)<br><br>J U D G M E N T |

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: July 19, 2011

HONORABLE VIRGINIA A. PHILLIPS
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge